IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Walker II, Clinton A

Printed: 7/22/08

Case Number: 07 B 14942
Judge: Hollis, Pamela S
Filed: 8/17/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: May 5, 2008
Confirmed: October 15, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 5,316.48 |  |
| Secured: |  | 1,963.22 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,000.00 |
| Trustee Fee: |  | 226.22 |
| Other Funds: |  | 1,127.04 |
| Totals: | 5,316.48 | 5,316.48 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 2,000.00 | 2,000.00 |
| 2. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 3. | Americredit Financial Ser Inc | Secured | 3,838.46 | 234.89 |
| 4. | Illinois Dept of Revenue | Secured | 188.77 | 16.92 |
| 5. | Citi Residential Lending Inc | Secured | 14,671.67 | 1,353.14 |
| 6. | Internal Revenue Service | Secured | 3,997.70 | 358.27 |
| 7. | Internal Revenue Service | Priority | 20,140.66 | 0.00 |
| 8. | Illinois Dept Of Healthcare And Family | Priority | 13,432.42 | 0.00 |
| 9. | Illinois Dept of Revenue | Priority | 6,966.87 | 0.00 |
| 10. | Illinois Dept of Revenue | Unsecured | 113.80 | 0.00 |
| 11. | Jefferson Capital Systems LLC | Unsecured | 52.65 | 0.00 |
| 12. | Internal Revenue Service | Unsecured | 680.68 | 0.00 |
| 13. | Americredit Financial Ser Inc | Unsecured | 790.74 | 0.00 |
| 14. | AT&T Wireless | Unsecured | 81.82 | 0.00 |
| 15. | AT&T Wireless | Unsecured | 66.56 | 0.00 |
| 16. | Resurgent Capital Services | Unsecured | 122.18 | 0.00 |
| 17. | Nicor Gas | Unsecured | 82.79 | 0.00 |
| 18. | RoundUp Funding LLC | Unsecured | 125.99 | 0.00 |
| 19. | U S Auto Title Lenders | Unsecured | 221.04 | 0.00 |
| 20. | Cook County State's Attorney | Secured |  | No Claim Filed |
| 21. | Citibank | Unsecured |  | No Claim Filed |
| 22. | Active Credit Service | Unsecured |  | No Claim Filed |
| 23. | Americredit Financial Ser Inc | Unsecured |  | No Claim Filed |
| 24. | AFNI | Unsecured |  | No Claim Filed |
| 25. | Dependon Collections Service | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Walker II, Clinton A

Printed:  7/22/08

Case Number:  07 B 14942
Judge:  Hollis, Pamela S
Filed:  8/17/07

| | | | |
|---|---|---|---|
| 26. Payday Loan | Unsecured | | No Claim Filed |
| 27. Tele-Collection Systems | Unsecured | | No Claim Filed |
| 28. Tele-Collection Systems | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 67,574.80 | $ 3,963.22 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 226.22 |
| | _____ |
| | $ 226.22 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____